

## NUMBER 13-13-00142-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

DEBRA JALUFKA,                                                        Appellant,

v.

4 JLJ, INC.,/J4 OILFIELD SERVICE, 4 JLJ, INC.,
AND JOHN JALUFKA,                                                    Appellees.

**On appeal from the 94th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Debra Jalufka attempted to perfect an appeal from an order signed on

January 25, 2013, in cause no. 2012-DCV-2686-C. Upon review of the documents

before the Court, it appeared that the order attempting to be appealed is not appealable.

On April 9, 2013, the Clerk of this Court notified appellant of this defect so that steps could

be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

Appellant is attempting to appeal an "Order Denying Plaintiff's Motion to Vacate Summary Judgment, Re-schedule Summary Judgment Hearing and/or Reinstate Case." In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
9th day of May, 2013.